STATE of Missouri, Plaintiff/Respondent,

v.

Charles MATTHEWS,
Defendant/Appellant.

Charles MATTHEWS, Movant,

v.

STATE of Missouri, Respondent.

Nos. 61691, 67321.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 3, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 8, 1995.

Barbara Hoppe, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen R. Martin, II, Rikki L. Jones, Asst. Attys. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment from a conviction of robbery in the first degree, § 569.020 RSMo 1994. He was sentenced to fifteen (15) years imprisonment. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief. The judgment is affirmed. Rule 30.25(b).

Defendant failed to allege in his brief any error in the denial of his Rule 29.15 motion. The denial of post-conviction relief is affirmed. Rule 84.16(b). The parties have been furnished with a memorandum setting forth the reasons for this order.